**IN THE UNITED STATES DISTRICT COURT**
**FOR THE**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

Brewis,

Plaintiff(s),

v.

Lamb-Peterson,

Defendant(s).

Case No. 25-cv-3513
Judge Sara L. Ellis

# ORDER

The Court denies Plaintiff's motions to reopen the case [62], [63], [64], [65], [66], [67],[68], [69]. The Court denies Plaintiff's motions to supplement [72], [73], [74]. This case remains closed. The Court grants Defendants' motion to seal [75] and orders sealed ECF No. 1, PageID.241, ECF No. 4, PageID.245-246, ECF No. 23, PageID.313-314, ECF No. 39, PageID.261-289, ECF No. 51, PageID.679-683, ECF No. 53-1, PageID.693-738, ECF No. 55, PageID.743-747, ECF No. 57, PageID.755-799, and ECF Nos. 62 – 74, PageID.810-1843. Notice of motion [76] is terminated, and no appearance is required on 6/23/2026.

Date: 6/22/2026

/s/ Sara L. Ellis