**EXHIBIT A**

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF ILLINOIS**

**EASTERN DIVISION**

| | | |
|---|---|---|
| **REBEKAH KATHERINE BREWIS,** | ) | |
| | ) | |
| Plaintiff, Pro Se, | ) | **Case No. 1:25-cv-03513** |
| | ) | |
| v. | ) | Hon. Sara L. Ellis |
| | ) | |
| **PETERSON FARMS FRESH, LLC, et al.,** | ) | |
| | ) | |
| Defendants. | ) | |

**DECLARATION OF REBEKAH KATHERINE BREWIS**

I, Rebekah Katherine Brewis, declare as follows:

1. I am the Plaintiff in this action and appear pro se. I make this declaration on personal knowledge.

2. On October 2, 2026, I attended by Zoom videoconference the hearing in Peterson v. Brewis, No. 2026 CH 06988, in the Circuit Court of Cook County, Chancery Division, before the Honorable Michael T. Mullen. Aaron L. Peterson appeared through his counsel, including Michael J. Grant of Tabet DiVito & Rothstein LLC.

3. During that hearing, Mr. Grant reported to Judge Mullen that Mr. Peterson's counsel had approached the chambers of Judge Ellis in this action in an attempt to have this Court enforce the parties' settlement agreement, and that they were told that the Court could not do it.

4. That was the first I had heard of any contact between Mr. Peterson's counsel and this Court's chambers. No one from Mr. Peterson's counsel and no one from the Court notified me

of it, before or after it occurred. I do not know when it occurred, who made it, how it was made, or what was asked.

5. At the same hearing, Judge Mullen told Mr. Peterson's counsel that it takes a federal court to enforce the agreement.

6. A person I did not recognize was present on the Zoom videoconference. I believe that person was a court reporter. On October 16, 2026, I asked Judge Mullen's chambers and Mr. Peterson's counsel in writing to identify any court reporter who attended, so that I can obtain a transcript of the hearing.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 2, 2026.

/s/ Rebekah K Brewis, *Pro Se*

Rebekah Katherine Brewis